UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-22719-DPG

DANIEL D. PAREDES,

      Plaintiff,

v.

PINNACLE A. ROOFING COMPANY,
and ROBERT THOMAS,

      Defendants.
_____/

**JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS WITH PREJUDICE**

      The Parties, by and through undersigned counsel, file this Joint Motion for Approval of the Parties' Settlement Agreement, and Stipulated Dismissal with Prejudice and respectfully state as follows:

1. Plaintiff's complaint states claims for minimum wage and/or overtime pay under the Fair Labor Standards Act, 29 U.S.C. §§201-219 ("FLSA").

2. Defendant responded to the complaint, denying Plaintiff's allegations and raising several affirmative defenses.

3. Defendant further asserts that Plaintiff was paid all overtime for which he was owed.  In fact, Defendant's pay records show that Plaintiff was paid overtime at various times throughout Plaintiff's employment with Defendant.

4. Plaintiff further asserts that Defendant did not pay Plaintiff for all hours worked over forty (40) hours per week.  Plaintiff additionally asserts that whatever payments Defendant made to Plaintiff, if at all, and without admitting same, did not fully compensate Plaintiff for all hours worked over forty (40) hours per week.

5. To avoid the costs and uncertainty of litigation, however, the parties have negotiated a settlement of this matter. The execution of the settlement agreement is not to be construed as an admission of liability against either party.

6. Pursuant to *Lynn's Food Stores, Inc., v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for minimum wages and/or overtime compensation arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor.

7. Accordingly, the parties respectfully request that the Court approve the parties' settlement agreement addressing Plaintiff's alleged claims seeking minimum wages and/or overtime compensation, and for declaratory relief.

8. The parties stipulate that the settlement reached among them represents a "fair and reasonable" resolution of Plaintiff's FLSA claims. The parties also stipulate that the settlement reached by and among them advances judicial economy.

9. When considering these factors, the Court should keep in mind the "strong presumption" in favor of finding a settlement fair. *Cotton v. Hinton,* 559 F.2d 1326, 1331 (5th Cir. 1977). Moreover, a "settlement is a compromise, a yielding of the highest hopes in exchange for certainty and resolution." *In re Gen. Motors Corp. Pick-Up Truck Fuel Tank Prods. Liab. Litig.*, 55 F.3d 768, 806 (3d Cir.1995), (citing *Cotton,* 559 F.2d at 1330. *Dail v. George A. Arab Inc.*, 391 F. Supp. 2d 1142, 1146 (M.D. Fla. 2005)); *see also DeGraff v. SMA Behavioral Health Services, Inc.*, 945 F. Supp. 2d 1324, 1328 (M.D. Fla. 2013) (compromise settlement of an FLSA claim approved as fair and reasonable, in light of disputes over, *e.g.*, entitlement to overtime pay and whether defendants' conduct was willful).

10. The parties further stipulate to the dismissal with prejudice of this action upon approval by the Court of the settlement, and entry of an order retaining jurisdiction to enforce the terms of the parties' settlement.

WHEREFORE, the parties respectfully request that this Court approve the parties' settlement agreement, and dismiss with prejudice Plaintiff's complaint.

Respectfully submitted this 21st day of August, 2018.

| | |
|---|---|
| REMER & GEORGES-PIERRE, PLLC | LAW OFFICES OF LORRAINE LESTER |
| 44 West Flagler Street, Suite 2200 | 1200 S. Pine Island Road, Suite 750 |
| Miami, FL 33130 | Plantation, Florida 33324 |
| Telephone: (305) 416-5000 | Telephone: (954) 424-4676 |
| Facsimile: (305) 416-5005 | Facsimile: (888) 696-7828 |
| | |
| s/ Max L. Horowitz | s/ Carlo D. Marichal |
| Anthony Georges-Pierre, Esq. | Carlo D. Marichal, Esq. |
| Florida Bar No. 0533637 | Florida Bar No. 099034 |
| agp@rgpattorneys.com | Email: carlo.marichal@cna.com |
| Max L. Horowitz, Esq. | *Counsel for Defendants* |
| Florida Bar No. 118269 | |
| mhorowitz@rgpattorneys.com | |
| *Counsel for Plaintiff* | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-22719-DPG

DANIEL D. PAREDES,

       Plaintiff,

v.

PINNACLE A. ROOFING COMPANY,
and ROBERT THOMAS,

       Defendants.
_____/

## ORDER

THIS CAUSE having come before the Court upon the parties' *Joint Motion to Approve Settlement and Dismiss with Prejudice* and for good cause shown, it is

ORDERED and ADJUDGED as follows:

The parties' *Joint Motion* is hereby GRANTED.  The Court finds the parties' settlement to be fair and reasonable in light of a bona fide disputes.  Accordingly, the parties' Settlement Agreement is hereby approved and Plaintiff's Complaint against Defendants is dismissed with prejudice.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement.  Each party shall bear their own fees and costs except as provided in the Settlement Agreement.  All pending motions are deemed moot.

DONE and ORDERED in Chambers in Miami-Dade, Florida, this _____ day of _____ 2018.

                                        _____
                                        DARRIN P. GAYLES
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Otazo-Reyes
All Counsel of Record